## Broden Appeal.

Argued December 5, 1974. *Warren R. Baldys, Jr.,* for appellant; *E. Gazda,* with him *Paul R. Mazzoni,* District Attorney, for appellee.

Judgment of sentence affirmed.

VAN DER VOORT, J., absent.